Terry ZAFFUTO; Susan Zaffuto, Plaintiffs–Appellees–Cross–Appellants,

v.

CITY OF HAMMOND; et al., Defendants,

City of Hammond, Defendant–Appellant–Cross–Appellee;

Kenny Corkern, Defendant–Appellant.

Nos. 01–30935, 01–31405.

United States Court of Appeals, Fifth Circuit.

Nov. 18, 2002.

Richard Paul Bullock (argued), Bullock & Johnson, Baton Rouge, LA, for Terry and Susan Zaffuto.

Gersald Joseph Nielsen (argued), Nielsen Law Firm, Metairie, LA, for Kenny Corkern.

*ON PETITION FOR REHEARING*

(Opinion Oct. 16, 2002, 5th Cir., 308 F.3d 485)

Before REAVLEY, BARKSDALE and CLEMENT, Circuit Judges.

PER CURIAM:

Because the underlying opinion, *Zaffuto v. City of Hammond,* 308 F.3d 485 (5th Cir.2002), reverses in part and remands for a new trial, the district court's award of

attorney's fees to plaintiffs is VACATED. On remand, the district court shall, at the appropriate time, re-determine whether and to what extent the plaintiffs are entitled to attorney's fees.

In all other respects, the petition for rehearing is DENIED.